**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAMILLE AWAD, | ) Case No. CV 15-1775-DSF (JPR) |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| THEO LACEY FACILITY, | ) |
| Respondent. | ) |

Under the Order Summarily Dismissing Habeas Petition and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 12/18/15

DALE S. FISCHER
U.S. DISTRICT JUDGE